THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **MARLO WILSON**, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**SAFEWAY, INC.**, a foreign for-profit corporation,<br><br>　　　　　　　　　Defendant. | Case No. 3:24-cv-05500-JLR<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO RE-NOTE PENDING MOTION AND SET BRIEFING SCHEDULE** |

## **ORDER**

This matter came before the Court on the Parties' Stipulated Motion to Re-Note Pending Motion and Set Briefing Schedule. On consideration, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Plaintiff's pending *Motion to Exclude Expert Testimony of Alan Brown, M.D.* (Dkt. #16) is re-noted to September 23, 2025. Defendant's response to that motion is due on September 15, 2025, and Plaintiff's reply is due on September 22, 2025.

ORDERED this 8th day of September, 2025.

_____
Honorable James L. Robart

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO RE-NOTE PENDING MOTION AND SET BRIEFING SCHEDULE - 1



**SEARS INJURY LAW, PLLC**
1011 East Main, Suite 208
Puyallup, WA 98372
Telephone: 253.286.7444

Presented by:

SEARS INJURY LAW, PLLC

By <u>*/s/ Michael "Mac" Brown*</u>
Michael "Mac" Brown, WSBA No. 49722
mac@searsinjurylaw.com
1011 East Main, Suite 208
Puyallup, WA 98372
206-710-2931
*Attorney for Plaintiff*

FORSBERG & UMLAUF, P.S.

By <u>*/s/ Kevin C. Hormann*</u>
Kimberly A. Reppart, WSBA No. 30437
Kevin C. Hormann, WSBA No. 60763
kreppart@foumlaw.com
khormann@foumlaw.com
401 Union Street, Suite 1400
Seattle, WA 98101
206-689-8500
*Attorneys for Defendant*

