UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLO WILSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY INC.,<br><br>　　　　　Defendant. | CASE NO. C24-5500JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 6, 2024. the court entered an order setting the trial and pretrial deadlines in this case. (Sched. Order (Dkt. # 11).) Trial is set for December 1, 2025. (*Id.*) Motions *in limine*, if any, must be filed by October 20, 2025. (*Id.*) The pretrial conference is set for November 17, 2025. (*Id.*)

//

//

MINUTE ORDER - 1

1    The court ORDERS the parties to file their responses to the opposing party's

2    motions *in limine*, if any, by no later than **November 4, 2025**.

3    Filed and entered this 9th day of September, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2