THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **MARLO WILSON**, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>**SAFEWAY, INC.**, a foreign for-profit corporation,<br><br>                Defendant. | Case No. 3:24-cv-05500-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' AGREED MOTIONS *IN LIMINE* |

## **ORDER**

This matter came before the Court on the Parties' Agreed Motions *In Limine*.

On consideration, the Court finds that the Agreed Motions are granted, denied, or ruling is reserved as follows:

| Motion Number and Description | Granted | Denied | Ruling Reserved |
|---|---|---|---|
| 1. Exclude settlement discussions | X | | |
| 2. Exclude evidence of other lawsuits | X | | |
| 3. Exclude undisclosed witness testimony | X | | |
| 4. Exclude undisclosed evidence | X | | |
| 5. Exclude undisclosed expert opinions | X | | |
| 6. Exclude "send a message" arguments | X | | |
| 7. Exclude discovery issues and disputes | X | | |

[~~PROPOSED~~] ORDER GRANTING THE PARTIES' AGREED MOTIONS *IN LIMINE* - 1

| | | | |
|---|---|---|---|
| 8. Exclude references to absent witnesses | X | | |
| 9. Exclude reference to MILs | X | | |
| 10. Exclude reference to financial status | X | | |
| 11. Exclude reference to "good character" | X | | |
| 12. Exclude reference to litigation expense | X | | |
| 13. Exclude medical opinion from lay witnesses | X | | |
| 14. Exclude reference to inflation | X | | |
| 15. Exclude improper damage arguments | X | | |
| 16. Exclude attorneys' personal beliefs | X | | |
| 17. Limit Plaintiff's rebuttal case | X | | |
| 18. Exclude nonparty witnesses | X | | |
| 19. Require 24-hour witness notice | X | | |
| 20. Limit voir dire | X | | |
| 21. Exclude law firm size and retention | X | | |
| 22. Exclude collateral source payments | X | | |

ORDERED this 21st day of October, 2025.

_____
Honorable James L. Robart

[~~PROPOSED~~] ORDER GRANTING THE
PARTIES' AGREED MOTIONS *IN
LIMINE* - 2

Presented by:

| | |
|---|---|
| SEARS INJURY LAW, PLLC | FORSBERG & UMLAUF, P.S. |
| By: _s/ Michael Brown_____<br>Michael "Mac" Brown, WSBA No. 49722<br>mac@searsinjurylaw.com<br>1011 East Main, Suite 208<br>Puyallup, WA 98372<br>206-710-2931<br>*Attorney for Plaintiff* | By: _s/ Kimberly A. Reppart_____<br>Kimberly A. Reppart, WSBA No. 30643<br><br>By: _s/ Kevin C. Hormann_____<br>Kevin C. Hormann, WSBA No. 60763<br>kreppart@foum.law<br>khormann@foum.law<br>401 Union Street, Suite 1400<br>Seattle, WA 98101<br>206-689-8500<br>*Attorneys for Defendant* |

[~~PROPOSED~~] ORDER GRANTING THE PARTIES' AGREED MOTIONS *IN LIMINE* - 3